**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**German Espinoza MONTERO–
CAMARGO, Defendant–
Appellant.**

**United States of America,
Plaintiff–Appellee,**

v.

**Lorenzo Sanchez–Guillen,
Defendant–Appellant.**

**Nos. 97–50643, 97–50645.**

United States Court of Appeals,
Ninth Circuit.

Oct. 25, 1999.

Before: PROCTER HUG, JR., Chief Judge.

**ORDER**

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that these cases be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion,

*United States v. Montero–Camargo,* 177 F.3d 1113 (9th Cir.1999), is withdrawn.